OPINION — AG — **** EMPLOYEE OF GRAND RIVER DAM AUTHORITY MAY SERVE AS MEMBER OF THE BOARD OF EDUCATION **** AN EMPLOYEE OF THE GRAND RIVER DAM AUTHORITY MAY ALSO SERVE AS A MEMBER OF THE BOARD OF EDUCATION IN AN INDEPENDENT OR DEPENDENT SCHOOL DISTRICT AND MAY RECEIVE COMPENSATION FOR EACH EMPLOYMENT. CITE: 51 O.S. 1961 6 [51-6], 70 O.S. Supp., 1970, 4-23 70-4-23 (GARY M. BUSH)